**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8538**

---

DAVID T. CAREY,

                                    Plaintiff - Appellant,

        versus

WILLIAM C. DUNCIL, Warden; ROY WHITE, Hospital
Administrator; DAVID SMITH, Nurse; JENNIFER
SIMMONS, Nurse,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert Earl Maxwell, District Judge.  (CA-95-12-2)

---

Submitted:  March 21, 1996          Decided:  April 16, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

David T. Carey, Appellant Pro Se.  Jill M. Jerabek, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia; Peter Gregory Zurbuch, Bridgette Rhoden Wilson, BUSCH & TALBOTT, Elkins, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint concerning the administration of his medication. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Carey v. Duncil, No. CA-95-12-2 (N.D.W. Va. Nov. 20, 1995). We deny Appellant's motion to compel the district court to provide him with transcripts at no cost. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2